UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **JENNIFER WOMAC,** | ) |
| Petitioner, | ) |
| | ) No.: 1:19-cv-00079 |
| v. | ) REEVES/LEE |
| | ) |
| **GLORIA GROSS,** | ) |
| Respondent. | ) |

### JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Respondent's motion to dismiss the petition as time-barred [Doc. 11] is **GRANTED**;

2. A certificate of appealability will not issue;

3. This action is **DISMISSED**; and

4. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

E N T E R:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
CLERK OF COURT